# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0073. C. DEAN SCARBOROUGH, CHAIRMAN, et al. v. JASON HUNTER, et al.**

Several plaintiffs, including Jason Hunter, filed suit against the Stephens County Board of Commissioners, its chairman and its members (collectively, "the Board"), seeking inter alia a writ of mandamus. The Board seeks to appeal several orders entered by the trial court, including a writ of mandamus.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264 (626 SE2d 83) (2006) ("'[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised.'"). Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/12/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


*, Clerk.*